IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NICHOLAS SHUCK,
        Petitioner,
  v.                                **Judgment in a Civil Case**
UNITED STATES MARSHALS SERVICE,
        Respondent.                  Case Number: 5:22-HC-2103-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for an initial review under 28 U.S.C. § 2243 in the United States District Court.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed.

This Judgment Filed and Entered on December 28, 2022, with service on:
Nicholas Shuck, #06662-010   (via U.S. Mail)
Hazelton - U.S.P.
P.O. Box 2000
Bruceton Mills, WV 26525

December 28, 2022                              Peter A. Moore, Jr.
                                                Clerk of Court

                                            By: *Stephanie Mann*
                                                Deputy Clerk